UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA KING,<br><br>         Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>         Defendants. | Case No.  2:25-cv-1510-DJC-JDP (PS)<br><br><br>ORDER |

      This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The Magistrate Judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed July 30, 2025, are ADOPTED;
2. This action is dismissed without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the court's June 5, 2025 order. *See* ECF No. 3;
3. Plaintiff's request for homeless funding, ECF No. 4, is DENIED as moot; and
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2